UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MARCUS MAY,
    Plaintiff,

No. C 11-2204 JCS

v.

AT&T UMBRELLA BENEFIT PLAN NO. 1,
    Defendant.
_____/

**ORDER RE: ATTENDANCE AT ENE**

Date:    October 18, 2011
Evaluator:    Bradford Huss

    IT IS HEREBY ORDERED that the request for the party representative for defendant AT&T Umbrella Benefit Plan No. 1, Doug Adkins, to attend telephonically the October 18, 2011, ENE before Bradford Huss is GRANTED. Mr. Adkins shall be available at all times to participate telephonically in the ENE in accordance with ADR L.R. 5-10(f).

    IT IS SO ORDERED.

September 27, 2011    By: _____
Dated

    Maria-Elena James
    Chief United States Magistrate Judge