UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MARCUS MAY,<br>            Plaintiff, | No. C 11-2204 JCS |
| v.<br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br>            Defendant. | **ORDER RE: ATTENDANCE AT ENE**<br><br>Date:        October 18, 2011<br>Evaluator:   Bradford Huss |

   IT IS HEREBY ORDERED that the request for the party representative for defendant AT&T Umbrella Benefit Plan No. 1, Doug Adkins, to attend telephonically the October 18, 2011, ENE before Bradford Huss is GRANTED.  Mr. Adkins shall be available at all times to participate telephonically in the ENE in accordance with ADR L.R. 5-10(f).

   IT IS SO ORDERED.

September 27, 2011            By:   _____
Dated                                        Maria-Elena James
                                      Chief United States Magistrate Judge