Law Offices Of P. Randall Noah
P. Randall Noah, SBN 136452
8 Camino Encinas, Suite 220
Orinda, CA 94563
Facsimile (925) 253-5542
Telephone (925) 253-5540
E-mail: pnoah@ix.netcom.com

Attorney for Plaintiff
MARCUS MAY

Attorneys for Plaintiff
LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
REBECCA K. KIMURA (State Bar No. 220420)
100 Spear Street, Suite 600
San Francisco, Ca1ifomia 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605
E-mail: skumagai@lkclaw.com

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS MAY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>　　　　　Defendants. | Case No. C11-02204 JCS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER ON BRIEFING SCHEDULE**<br><br>Complaint Filed: May 5, 2011 |

　　　WHEREAS the Court's Amended Civil Minute Order was filed in this action on

November 22, 2011, ordering Plaintiff Marcus May ("Plaintiff") and Defendant AT&T Umbrella

Benefit Plan No. 1 ("Defendant") (collectively, the "Parties") to meet and confer and submit a

stipulated briefing schedule on the Motion for Summary Judgment;

　　　WHEREAS the Parties have met and conferred

　　　WHEREAS the Parties have attempted to meet and conferred and stipulate to the

1

1 | following briefing schedule for the Motion for Summary Judgment:

2 |     1.    March 30, 2012: Last day to file Motion for Summary Judgment;

3 |     2.    April 20, 2012: Last day to file Opposition to Motion for Summary Judgment;

4 |     3.    May 4, 2012: Last day to file Reply in support of Motion for Summary

5 | Judgment.

6 |     4.    June 1, 2012: Hearing on Motion for Summary Judgment

7 | **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:**

8 | The briefing schedule on the Motion for Summary Judgment shall be as follows:

9 |     1.    March 30, 2012: Last day to file Motion for Summary Judgment;

10 | JCS  2.    April ~~20~~ [13], 2012: Last day to file Opposition to Motion for Summary Judgment;

11 | JCS  3.    ~~May 4~~ April 20, 2012: Last day to file Reply in support of Motion for Summary

12 | Judgment.

13 |     4.    June 1, 2012: Hearing on Motion for Summary Judgment

 

Respectfully submitted,

Dated: January 19, 2012    LAW OFFICES OF P. RANDALL NOAH

    /s/ P. Randall Noah
P. RANDALL NOAH
Attorneys for Plaintiff
MARCUS MAY

Dated: January 19, 2012    LAFAYETTE & KUMAGAI LLP

    /s/ Rebecca K. Kimura
REBECCA K. KIMURA
Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

**[~~PROPOSED~~] ORDER**

2

STIPULATION AND [~~PROPOSED~~] ORDER ON BRIEFING SCHEDULE (Case No. C11-02204 JCS)

Pursuant to the Stipulation above, the briefing schedule on the Motion for Summary Judgment shall be as follows:

1. March ~~30~~ 13, 2012: Last day to file Motion for Summary Judgment;
JCS 2. April ~~20~~, 2012: Last day to file Opposition to Motion for Summary Judgment;
JCS 3. ~~May 4~~ April 20, 2012: Last day to file Reply in support of Motion for Summary Judgment.
4. June 1, 2012: Hearing on Motion for Summary Judgment

IT IS SO ORDERED.

Dated: ____January 20, 2012____

*IT IS SO ORDERED AS MODIFIED*
/s/ Judge Joseph C. Spero

HON. _____
United States _____ Judge

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on January 19, 2012, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

*/s/ Rebecca K. Kimura*
REBECCA K. KIMURA